**Fill in this information to identify the case:**

Debtor 1: Valerie Lanette Jacques

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of California (State)

Case number: 19-12243

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans Inc.

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 1 9 5 4

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ____/____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 06/10/2019 | (5) | $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: BK Atty Fee: Plan Review | 06/05/2019 | (11) | $ 150.00 |
| 12. Other. Specify: BK Atty Fee: Objection to Plan | 06/24/2019 | (12) | $ 500.00 |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2     **Notice of Postpetition Mortgage Fees, Expenses, and Charges**     page 1

| Debtor 1 | Valerie Lanette Jacques | Case number (if known) | 19-12243 |
|---|---|---|---|
| | First Name　Middle Name　Last Name | | |

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Nichole L. Glowin, SBN 262932　　　　　　　Date 07/01/2019
Signature

Print: Nichole　Lynn　Glowin　　　　Title: Attorney for Creditor
　　　　First Name　Middle Name　Last Name

Company: Law Offices of Wright, Finlay & Zak, LLP

Address: 4665 MacArthur Court, Suite 200
　　　　　Number　Street
　　　　　Newport Beach　　　　CA 92660
　　　　　City　　　　State　ZIP Code

Contact phone (949) 477-5050　　　　Email nglowin@wrightlegal.net

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660.

On July 1, 2019, I served the foregoing documents described as ***NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES***, on the following individuals by depositing true copies thereof in the United States first class mail at Newport Beach, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]　(BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

[ ]　(BY NORCO OVERNITE - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Norco Overnite with the delivery fees provided for.

[X]　(BY ELCTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

[X]　(FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on July 1, 2019, at Newport Beach, California.

　　/s/ Susan Earnest
　SUSAN EARNEST

# SERVICE LIST

In re Valerie Lanette Jacques
Bankruptcy Case No.: 19-12243

PARTIES SERVED BY US MAIL:

Valerie Lanette Jacques
6248 W. Chennault Avenue
Fresno, CA 93722
DEBTOR

Jeffrey D. Rowe
2440 W Shaw Ave #114
Fresno, CA 93711
DEBTOR'S COUNSEL

Michael H. Meyer
PO Box 28950
Fresno, CA 93729-8950
CHAPTER 13 TRUSTEE

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721
U.S. TRUSTEE